UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL GAUDETTE, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | 2:17-cr-00141-JAW-1 |
| v. | ) | 2:23-cv-00351-JAW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Respondent. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 9, 2024 (ECF No. 181), the Recommended Decision is accepted.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision.

Accordingly, it is ORDERED that the Recommended Decision (ECF No. 181) of the Magistrate Judge be and hereby is AFFIRMED, and the Court DISMISSES Michael Gaudette's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (ECF No. 175).  The Court denies a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

                            <u>/s/ John A. Woodcock, Jr.</u>
                            JOHN A. WOODCOCK, JR.
                            UNITED STATES DISTRICT JUDGE

Dated this 13th day of May, 2024